UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDITH DIXON,

          Plaintiff,

    v.

DIVERSIFIED CONSULTANTS, INC.,

          Defendant.

Case No.  14-cv-05190-VC

**ORDER OF DISMISSAL**

      The plaintiff has notified the Court that this case has settled.  (Docket No. 15.)  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.  The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

      **IT IS SO ORDERED.**

Dated: March 10, 2015

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California