# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDITH DIXON,** | Case No. 3:14-cv-05190-VC |
| Plaintiff, | **ORDER** |
| vs. | |
| **DIVERSIFIED CONSULTANTS, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 31st day of ~~August~~ July, 2015.

_____
The Honorable Vince Chhabria



IT IS SO ORDERED
Judge Vince Chhabria